IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00046-PAB-2

UNITED STATES OF AMERICA.

    Plaintiff,

v.

2. FRANCISCO SAHAGUN-RAMIREZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 478]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 477] is granted. Counts 4-10, 12-13, 22, and 23 of the Indictment are dismissed as to defendant Francisco Sahagun-Ramirez.

DATED February 20, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge